FEBRUARY 17, 1998

No. 97–1057. TUCHMAN v. CONNECTICUT. Sup. Ct. Conn. Certiorari dismissed under this Court's Rule 46.1. 

FEBRUARY 18, 1998

No. 97–1088. MIDWEST OPERATING ENGINEERS WELFARE FUND ET AL. v. WILLIAMS. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.1. 